IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRYANT LEE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-1164-L |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On December 1, 2015, Magistrate Judge Bernard M. Jones entered a Report and Recommendation in this action brought by plaintiff Bryant lee Hill for judicial review of the defendant Acting Commissioner of the Social Security Administration's (Commissioner's) denial of supplemental security income benefits (SSI). The Magistrate Judge recommended that the Commissioner's decision be affirmed.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **AFFIRMED.**

It is so ordered this 4th day of January, 2016.

_/s/ Tim Leonard_
TIM LEONARD
United States District Judge